[No. 10412–1–II.   Division Two.   June 6, 1988.]

TRANSOCEAN INDUSTRIES, INC., *Respondent,* v. INDUSTRIAL VALVE, INC., ET AL, *Respondents,* CHARLES NICHOLS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–2–02818–3, Robert L. Harris, J., entered October 10, 1986. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 8323–3–III.   Division Three.   June 7, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J. LEYDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 86–1–00102–7, Fred Van Sickle, J., entered January 5, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[Nos. 8652–6–III; 8653–4–III.   Division Three.   June 7, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFF SCOTT HINES, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. LAURA HINES, *Appellant.*

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 86–1–00297–6, 86–1–00295–0, James B. Mitchell, J., entered May 11, 1987. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.